In the Matter of the Claim of SAMUEL ECKSTEIN, Respondent, against LOEW'S, INC., et al., Appellants.

STATE INDUSTRIAL BOARD et al., Respondents.

Argued October 4, 1945; decided January 17, 1946.

*Harold J. Hinman* and *Jeremiah F. Connor* for appellants.
*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Orrin G. Judd* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.